IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

    Petitioner,　　　　　　　　　　No. 2: 13-cv-0157 GEB KJN P

    vs.

CALIFORNIA BOARD OF PAROLE HEARINGS,

    Respondent.　　　　　　　　　　ORDER
_____/

    Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the hearing on respondent's motion to dismiss, currently set for April 11, 2013, is reset to May 2, 2013, at 10:00 a.m.; the status conference, currently set for May 2, 2013, is reset to May 23, 2013, at 10:00 a.m.; and status reports shall be filed on or before May 9, 2013.

DATED:  March 27, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

con157.ord