IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO, JR.,

    Petitioner,                  No. 2: 13-0157 GEB KJN P

    vs.

CALIFORNIA BOARD OF PAROLE HEARINGS,

    Respondents.              ORDER

_____/

        Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the hearing on respondent's motion to dismiss, currently set for May 2, 2013, is reset to May 23, 2013, at 10:00 a.m.; the status conference currently set for May 23, 2013, is reset to June 20, 2013, at 10:00 a.m.[1]  Status reports shall be filed on or before May 30, 2013.

DATED: April 25, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

con157.stip

---

[1] The parties requested that the status conference be reset to June 13, 2013.  This date is not available for hearing.

1