UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM CONSIGLIO, JR., | No. 2: 13-cv-0157 GEB KJN P |
| Petitioner, | |
| v. | ORDER |
| CALIFORNIA BOARD OF PAROLE HEARINGS, | |
| Respondent. | |

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline for filing the amended petition is extended from July 22, 2013, to August 22, 2013; respondent's response to the amended petition is due thirty days thereafter.

Dated:  July 24, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Con157.eot