UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM CONSIGLIO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA BOARD OF PAROLE HEARINGS,<br><br>　　　　　Respondents. | No.  2:13-cv-0157 GEB KJN P<br><br><br>ORDER |

　　　　Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the deadline for filing the amended petition is extended to September 12, 2013.  Respondent's response to the amended petition is due within thirty days thereafter.

Dated:  August 28, 2013

　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

con157.eot(2)

1