1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SAM CONSIGLIO,                          No.  2:  13-CV-00157 GEB KJN P

12               Petitioner,

13        v.                                 ORDER

14   CALIFORNIA BOARD OF PAROLE
     HEARINGS,
15
                  Respondent.
16

17        Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS

18   HEREBY ORDERED that the hearing on respondent's motion to dismiss, set for November 21,

19   2013, is reset to December 19, 2013, at 10:00 a.m.; petitioner's opposition shall be filed on or

20   before December 5, 2013; respondent may file a reply on or before December 12, 2013.

21   Dated:  November 12, 2013

22

23   con157.stip                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                            1