UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM CONSIGLIO,<br><br>         Petitioner,<br><br>    v.<br><br>CALIFORNIA BOARD OF PAROLE HEARINGS,<br><br>         Respondent. | No.  2: 13-CV-00157 GEB KJN P<br><br><br>ORDER |

Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the hearing on respondent's motion to dismiss, set for November 21, 2013, is reset to December 19, 2013, at 10:00 a.m.; petitioner's opposition shall be filed on or before December 5, 2013; respondent may file a reply on or before December 12, 2013.

Dated:  November 12, 2013

con157.stip

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1