UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM CONSIGLIO,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA BOARD OF PAROLE HEARINGS,<br><br>    Respondent. | No. 2: 13-cv-00157 GEB KJN P<br><br><br><br>ORDER |

    Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the hearing on respondent's motion to dismiss, set for December 19, 2013, is reset to January 23, 2014, at 10:00 a.m.; petitioner's opposition shall be filed on or before January 9, 2014; respondent may file a reply on or before January 16, 2014.

Dated: December 5, 2013

con157.stip(2)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1