UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM CONSIGLIO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA BOARD OF PAROLE HEARINGS,<br><br>　　　　Respondent. | No. 2: 13-cv-00157 GEB KJN P<br><br><br>ORDER |

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the January 23, 2014 hearing on respondent's motion to dismiss is vacated and reset to February 6, 2014, at 10:00 a.m., before the undersigned.

Dated: January 14, 2014

con157.stip(3)

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1