UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM CONSIGLIO, | No. 2: 13-0157 GEB KJN P |
| Petitioner, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF STATE HOSPITALS AND CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Respondents. | |

    Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus. On February 6, 2014, a hearing was held before the undersigned regarding respondents' motion to dismiss filed October 10, 2013. David Porter appeared on behalf of petitioner. Heather Heckler appeared on behalf of respondent.

    At the hearing, the parties stipulated that the California Department of Corrections and Rehabilitation ("CDCR") could be added as a respondent.

    At the hearing, the undersigned ordered both parties to file supplemental briefing addressing the following issues: 1) applicability of the <u>Younger</u> abstention doctrine; 2) whether petitioner was in the custody of CDCR at the time he filed the petition, and/or legally needed to be so; 3) whether CDCR is a proper respondent; 4) whether petitioner is raising state law claims only; and 5) whether petitioner is challenging his parole revocation proceedings or his SVP

1

commitment or both, and whether he can challenge both in one habeas proceeding.

      Accordingly, IT IS HEREBY ORDERED that:

    1.  CDCR is added as a respondent pursuant to the stipulation by the parties; and

    2.  Within twenty-one days of the date of this order, respondent shall file the supplemental briefing discussed above; petitioner's supplemental briefing is due within twenty-one days thereafter; respondent may file a reply brief due within fourteen days thereafter; following receipt of the briefing, the undersigned will set a date for further oral argument if appropriate.

Dated: February 10, 2014

con157.oah

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE