UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM CONSIGLIO, | No. 2: 13-cv-0157 GEB KJN P |
| Petitioner, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF STATE HOSPITALS AND CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Respondents. | |

Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus. Pending before the court is petitioner's March 20, 2014 motion for a thirty day extension of time to file his briefing addressing a variety of issues, including Younger abstention. Pursuant to the order filed February 10, 2014, petitioner's briefing was due March 20, 2014. The grounds of this request are that petitioner anticipates that the California Supreme Court will shortly rule on his petition for review, thus mooting the issue of Younger abstention.

In the motion for extension of time, petitioner states that respondent opposes the request for extension of time.

////

////

////

1

1  Good cause appearing, IT IS HEREBY ORDERED that petitioner's motion for an
2  extension of time (ECF No. 43) is granted; petitioner's briefing is due on or before April 21,
3  2014; respondent's reply brief is due fourteen days thereafter.
4  Dated: March 27, 2014

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Con157.eot